# UNITED STATES of America, Plaintiff–Appellee

v.

## Robert Lee MORRISON, Defendant–Appellant.

### No. 08–50424

### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 28, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert Lee Morrison, Federal Medical Center, Rochester, Rochester, MN, pro se.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

Robert Lee Morrison, federal prisoner # 04133–180, appeals from the district court's decision granting his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) but giving him less of a sentence reduction than he requested. Because Morrison has completed his term of imprisonment, his appeal is DISMISSED

as moot. *See United States v. Boston,* 419 Fed.Appx. 505, 506–07 (5th Cir.2011).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.